UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN LOERA GRANADOS | § § | |
| v. | § § | C.A. NO. C-04-671 |
| MANUEL RUANO | § | |

## MEMORANDUM OPINION AND ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

On June 28, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 31). Objections were timely filed (D.E. 32). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendant's motion for summary judgment (D.E. 29) is granted.

ORDERED this      10      day of      August     , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE